BUCHANAN INGERSOLL & ROONEY PC
A Pennsylvania Corporation
Rosemary J. Bruno (RB5815)
Peter M. Avery (PA3750)
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1669
(212) 440-4400
(973) 273-9800
Attorneys for Defendant
  Continental Airlines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANTOINETTE NOAH, | |
| Plaintiff, | Civ. Action No.: 08-6692 (BSJ) |
| v. | CONTINENTAL AIRLINES, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT |
| CONTINENTAL AIRLINES, INC. and SAMUEL SNELBOROUGH | |
| Defendants. | |

---

Defendant Continental Airlines, Inc. ("Continental"), by its attorneys Buchanan Ingersoll & Rooney PC, hereby states, pursuant to Fed. R. Civ. P. 7.1, that:

1. Continental has no parent corporation.

2. As a consolidated group, the following publicly-held companies own 10% or more of the stock of Continental: AXA Assurances I.A.R.D. Mutuelle; AXA Assurances Vie Mutuelle; AXA Courtage Assurance Mutuelle; AXA; and AXA Financial, Inc. No other publicly held corporation owns 10% or more of Continental's stock.

|  |  |
|---|---|
| | _____ <br> Rosemary J. Bruno (RB5815) <br> BUCHANAN INGERSOLL & ROONEY PC <br> A Pennsylvania Corporation <br> 620 Eighth Avenue, 23rd Floor <br> New York, NY 10018-1669 <br> (212) 440-4400 <br> (973) 273-9800 <br> Attorneys for Defendant <br> Continental Airlines, Inc. |
| Dated: July 18, 2008 | |