## CERTIFICATE OF SERVICE

I hereby certify that the accompanying Notice of Removal with annexed Exhibit A, Fed. R. Civ. P. 7.1 Disclosure Statement, Consent of Defendant Samuel Snelborough to Removal, and were served this day via UPS overnight delivery upon the following counsel:

>Robert C. Jacovetti, Esq.
>Frank & Associates, P.C.
>500 Bi-County Boulevard, Suite 112N
>Farmingdale, New York 11735
>Attorneys for Plaintiff
>
>Michael T. Kenny, Esq.
>Fisher & Phillips LLP
>430 Mountain Avenue
>Murray Hill, New Jersey 07974
>Attorneys for Defendant
>  Samuel Snelborough

*Peter M. Avery*

Newark, New Jersey
July 18, 2008

**E-FILED PURSUANT TO LOCAL
ECF RULE 14.4**