FISHER & PHILLIPS LLP
430 Mountain Avenue
Murray Hill, NJ 07974
(908) 516-1050
(908) 516-1051 (fax)
Attorneys for Defendant Samuel Snelborough
Attorney of Record DS4129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINETTE NOAH,

     Plaintiff,

  v.

CONTINENTAL AIRLINES, INC. and
SAMUEL SNELBOROUGH

     Defendants.

Civ. Action No.: 08-cv-6692 (BSJ)

**CONSENT TO REMOVAL**

---

  Defendant, Samuel Snelborough, by his counsel Fisher & Phillips LLP, hereby consents to and joins in defendant Continental Airlines, Inc.'s removal of this action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York.

           _____
           David E. Strand, Esq. (DS4129)
           FISHER & PHILLIPS LLP
           Murray Hill, NJ 07974
           (908) 516-1050
           (908) 516-1051 (fax)
           Attorneys for Defendant Samuel Snelborough

Dated: July 15, 2008

NewJersey 149768.1