**FISHER & PHILLIPS LLP**
430 Mountain Avenue
Murray Hill, New Jersey 07974
telephone    (908) 516-1050
Facsimile    (908) 516-1051
email: dstrand@laborlawyers.com
Attorney of Record:  David E. Strand (DS4129)
Attorneys for Defendant Samuel Snelborough

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE NOAH,<br><br>       Plaintiff,<br><br>   -vs-<br><br>CONTINENTAL AIRLINES, INC. and SAMUEL SNELBOROUGH Individually and as an Aider and Abettor,<br><br>       Defendants. | Civil Action No. 08-cv-6692 (BSJ/THK)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically filed |

DAVID E. STRAND, a member of the bar of the States of New York and New Jersey and of this Court, hereby files this Notice of Appearance as counsel for Defendant Samuel Snelborough.  All notices given or required to be given in this case, and all papers served or required to be served in this case, shall be given to and served upon:

> DAVID E. STRAND, ESQ
> **FISHER & PHILLIPS LLP**
> 430 Mountain Avenue
> Murray Hill, New Jersey 07974
> Telephone:   (908) 516-1050
> Facsimile:    (908) 516-1051
> e-mail:  dstrand@laborlawyers.com
> Attorneys for Defendant Samuel Snelborough

Respectfully submitted

By:   s/David E. Strand

DAVID E. STRAND (DS4129)
**FISHER & PHILLIPS LLP**
430 Mountain Avenue
Murray Hill, New Jersey 07974
Telephone:    (908) 516-1050
Facsimile:    (908) 516-1051
e-mail: dtrand@laborlawyers.com
Attorneys for Defendant Samuel Snelborough

Dated:  August 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be electronically filed the

United States District Court for the Southern District of New York a copy of Defendant's

Notice of Appearance and a copy of the same to be mailed via first class mail to:

Robert C. Jacovetti, Esq.
Frank & Associates
500 Bi-County Boulevard, Suite 112N
Farmingdale, New York 11735
Attorneys for Plaintiff

Rosemary J. Bruno, Esq.
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue, 23rd Floor
New York, New York  10118-1669
Attorneys for Defendant Continental Airlines, Inc.

**FISHER & PHILLIPS LLP**
430 Mountain Avenue
Murray Hill, New Jersey 07974
Telephone:   (908) 516-1050
Facsimile:    (908) 516-1051
e-mail: dstrand@laborlawyers.com
Attorneys for Defendant Samuel Snelborough

By:___ s/David E. Strand_____
        DAVID E. STRAND (DS4129)

Dated:  August 11, 2008