UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE NOAH,<br><br>Plaintiff,<br><br>-vs-<br><br>CONTINENTAL AIRLINES, INC. and SAMUEL SNELBOROUGH,<br><br>Defendants. | Civil Action No. 08-cv-6692 (BSJ/THK)<br><br>NOTICE OF MOTION OF DEFENDANT SAMUEL SNELBOROUGH FOR DISMISSAL OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)<br><br>Electronically filed |

TO:  Robert C. Jacovetti, Esq.
     Frank & Associates
     500 Bi-County Boulevard, Suite 112N
     Farmingdale, New York 11735
     Attorney for Plaintiff

     Rosemary Bruno, Esq.
     Buchanan Ingersoll & Rooney, P.C.
     550 Broad Street, Suite 810
     Newark, NJ 07102
     Attorneys for Defendant,
     Continental Airlines Inc.

PLEASE TAKE NOTICE that the undersigned counsel for defendant Samuel Snelborough shall move before the Honorable Barbara S. Jones, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007-1312, for an Order under Federal Rule of Civil Procedure 12(b)(2) dismissing the Plaintiff's Complaint against defendant Samuel Snelborough.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on the following documents in support of this motion: (1) Notice of Motion for Dismissal of the Complaint Pursuant to F.R.C.P. 12(b)(2); (2) Defendant Samuel Snelborough's

NewJersey 150469.1

Memorandum of Law in Support of Motion to Dismiss; and (3) the Certification of Samuel Snelborough.

>FISHER & PHILLIPS LLP
>Attorneys for Defendant Samuel Snelborough.
>430 Mountain Avenue
>Murray Hill, NJ 07974
>(908) 516-1050
>
>By:   s/ David E. Strand
>      DAVID E. STRAND, ESQ. (DS4129)
>      for FISHER & PHILLIPS LLP
>      430 Mountain Avenue
>      Murray Hill, NJ 07974
>      Telephone: (908) 516-1050
>      Facsimile: (908) 516-1051
>      Attorneys for Defendant Samuel Snelborough

DATED: September 2, 2008

NewJersey 150469.1