UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE NOAH,<br><br>Plaintiff,<br><br>-vs-<br><br>CONTINENTAL AIRLINES, INC. and SAMUEL SNELBOROUGH,<br><br>Defendants. | Civil Action No. 08-cv-6692 (BSJ/THK)<br><br>**CERTIFICATION OF SAMUEL SNELBOROUGH**<br><br>Electronically filed |

SAMUEL SNELBOROUGH, of full age, hereby certifies as follows:

1. I am a resident of Union, New Jersey and have lived in the State of New Jersey continuously since 1975.

2. I have been employed by Continental Airlines, Inc. ("Continental" or "Company"), the fourth largest commercial airline carrier in the United States, for nearly twenty (20) years. I am currently a dispatcher at its Newark Liberty International Airport facility, one of Continental's primary hubs, located in Newark, New Jersey.

3. I was hired by Continental in August 1989 and for my entire employment with the Company, I have worked exclusively at Newark Liberty International Airport in New Jersey. I have never performed work for Continental at any location in the State of New York and have never traveled to New York for business reasons.

1

4.  I do not own or possess any real property in the State of New York, nor do I maintain a home or residence there.

5.  I do not own a business or have any other type of business interests in the State of New York.

6.  I sell no goods or services within the State of New York, either on my own behalf or on the behalf of others and, therefore, I have derived no income from goods or services consumed in New York.

7.  I do not have a bank account within the State of New York.

8.  I rarely, if ever, visit the State of New York. In the past twelve (12) months, I estimate that I have traveled into New York only four (4) times.

9.  Pursuant to 28 U.S.C. § 1746 I certify under penalty of perjury that the foregoing is true and correct.

*Samuel Snelborough*

Dated:   August 27, 2008

2