UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE NOAH,<br><br>Plaintiff,<br><br>-vs-<br><br>CONTINENTAL AIRLINES, INC. and SAMUEL SNELBOROUGH,<br><br>Defendants. | Civil Action No. 08-cv-6692 (BSJ/THK)<br><br><br>**CERTIFICATION OF SERVICE**<br><br><br>Electronically filed |

   I hereby certify that on this date, I served via U. S. Mail one copy of Defendant Samuel Snelborough's Notice of Motion for Dismissal of the Complaint Pursuant to F.R.C.P. 12(b)(2), Defendant Samuel Snelborough's Memorandum of Law and the Certification of Samuel Snelborough upon:

   Robert C. Jacovetti, Esq.
   Frank & Associates
   500 Bi-County Boulevard, Suite 112N
   Farmingdale, New York 11735
   Attorney for Plaintiff

   Rosemary Bruno, Esq.
   Buchanan Ingersoll & Rooney, P.C.
   550 Broad Street, Suite 810
   Newark, NJ 07102
   Attorneys for Defendant,
   Continental Airlines Inc.

                              /s/David E. Strand
                              DAVID E. STRAND (DS4129)
                              for FISHER & PHILLIPS LLP
                              430 Mountain Avenue
                              Murray Hill, NJ 07974
                              Telephone: (908) 516-1050
                              Facsimile: (908) 516-1051
                              Attorneys for Defendant Samuel Snelborough

Dated: September 2, 2008

NewJersey 151020.1